880 A.2d 1230

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Charles F. WUENSTEL, Jr., Appellee.**

Supreme Court of Pennsylvania.

Aug. 23, 2005.

***ORDER***

PER CURIAM.

**AND NOW,** this 23rd day of August, 2005, the Joint Motion to Remand Case to Common Pleas Level or for Alternative Relief is granted. This matter is remanded for reconsidera-

tion in light of the decision in *Commonwealth v. Ludwig*, 874 A.2d 623 (Pa.2005).

880 A.2d 1230

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Kami CORDEN, Appellee.**

Supreme Court of Pennsylvania.

Aug. 23, 2005.

### *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of August, 2005, the Joint Motion to Remand Case to Common Pleas Level or for Alternative Relief is granted. This matter is remanded for reconsideration in light of the decision in *Commonwealth v. Ludwig*, 874 A.2d 623 (Pa.2005).